IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW FAISON, JR. : CIVIL ACTION
ON BEHALF OF HIMSELF AND ALL :
OTHER SIMILARLY SITUATED :
:
v. :
:
BANK OF AMERICA :
VICE-PRESIDENT, et al. : NO. 11-2758

O R D E R

AND NOW, this 28th day of April, 2011, **IT IS HEREBY** ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.